New York Infinity Health Care, LCSW, P.C., Doing Business as Mindfulness Psychotherapy Services, LCSW, as Assignee of Marlon St. Bernard, Appellant, 
against
Farmington Casualty Company, Respondent.




Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for appellant.
Law Office of Aloy O. Ibuzor (Alla Peker of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Steven Z. Mostofsky, J.), entered April 6, 2016. The order denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint on the ground that the amounts plaintiff sought to recover, for services rendered prior to April 1, 2013, were in excess of the workers' compensation fee schedule. 
Contrary to plaintiff's contention, the proof submitted by defendant was sufficient to establish the proper mailing of the denial of claim forms at issue (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]). Plaintiff's remaining contention lacks merit.
Accordingly, the order is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur. 
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 16, 2018